# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA, | ) |
|  Plaintiff(s), | ) Case No. 2:13-cv-01953-APG-NJK |
| vs. | ) ORDER |
| ADAM WATSON, et al., | ) |
|  Defendant(s). | ) |

The Court has received a notice in another case that "[t]he Deputy Attorney General previously assigned as counsel for Defendants, Kali Fox Miller, is no longer employed by the Office of the Attorney General, effective . . . January 29, 2015." *See Woods v. Brown*, Case No. 2:13-cv-1029-APG-NJK (Docket No. 51). No later than February 9, 2015, the Attorney General's Office shall file a notice of the new attorney representing Defendants in this case.

IT IS SO ORDERED.

DATED: February 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge