UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>ADAM WATSON, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-01953-APG-NJK<br><br>ORDER<br><br>(Docket No. 52) |

Pending before the Court is Plaintiff's motion to introduce evidence. Docket No. 52. Plaintiff attached an inmate request form, dated February 2, 2015, to his motion. *Id.* It appears that Plaintiff is requesting the attached inmate request form be presented as evidence at the hearing currently set for March 6, 2015. However, the hearing is for the purpose of <u>oral argument</u>, and is not an evidentiary hearing. *See* Docket Nos. 49, 55. As such, neither side will introduce evidence at the hearing. Accordingly, Plaintiff's motion to introduce evidence (Docket No. 52) is **DENIED**.

　　　　IT IS SO ORDERED.

　　　　DATED: February 18, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge