## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA, | |
|     Plaintiff(s), | Case No. 2:13-cv-01953-APG-NJK |
| vs. | |
| ADAM WATSON, et al., | ORDER |
|     Defendant(s). | (Docket Nos. 29, 43) |

Pending before the Court are Plaintiff's *ex-parte* motions filed on November 4, 2014, and January 7, 2015. Docket Nos. 29, 43. Pursuant to Local Rule 7-5(b), all *ex-parte* motions "shall contain a statement of good cause why the matter was submitted to the Court without notice to all parties." Upon review, the Court sees no statement of good cause and no reason why the motions were filed *ex-parte*.

Additionally, in Plaintiff's motion for order to allow Plaintiff to negotiate directly with the Nevada Department of Corrections, Plaintiff represents that he "cannot see any benefit in continuing to negotiate or keep an open line of communication with Deputy Attorney General Kali Fox Miller." Docket No. 43, at 1. Kali Fox Miller is no longer employed by the Office of the Attorney General, and is no longer counsel on this case. *See* Docket No. 50. On February 9, 2015, Defendants file a notice of appearance stating that Senior Deputy Attorney General Beth Hickman has been assigned to replace Kali Fox Miller as lead counsel in this case. Docket No. 51.

. . .

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall remove the *ex parte* designation from Plaintiff's motions (Docket Nos. 29, 43) and serve them on Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's *ex parte* motion for order to allow Plaintiff to negotiate directly with the Nevada Department of Corrections (Docket No. 43) is hereby **DENIED** as moot.

DATED: February 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge