UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC MONTOYA, ) | |
| ) | Case No. 2:13-cv-01953-APG-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER DENYING APPLICATION** |
| vs. ) | **TO PROCEED *IN FORMA PAUPERIS*** |
| ) | |
| ADAM WATSON, et al., ) | (Docket No. 1) |
| ) | |
| Defendant(s). ) | |
| _____) | |

Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis.* Docket No. 1. In screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Court previously deferred ruling on Plaintiff's application. Docket No. 2 at 3. The Court further stayed this action to allow "plaintiff and defendant[s] an opportunity to settle their dispute before the filing fee of three hundred fifty dollars . . . is paid, an answer is filed, or the discovery process begins." *Id*., at 3-4. The Court then referred the instant case to the Inmate Early Mediation Program. Docket No. 8. The mediation was fruitful: the parties settled and recorded the settlement terms on the record. Docket No. 11. Although motions regarding the enforcement of the settlement followed, the Court found that the parties agreed on the material settlement terms and ordered the parties to perform as agreed in the settlement agreement. *See* Docket No. 62.

. . . .

. . . .

. . . .

1     Accordingly, because the parties achieved an enforceable settlement via the Inmate Early Mediation
2 program, no filing fee is required and, therefore, Plaintiff's application to proceed *in forma papueris* is
3 hereby **DENIED** as moot.
4     IT IS SO ORDERED.
5     Dated: December 7, 2015

                                                  _____
                                                  NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE