UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>                    Plaintiff,<br><br>v.<br><br>ADAM WATSON, et al.,<br><br>                    Defendants. | Case No. 2:13-cv-01953-APG-NJK<br><br>**Order Accepting Magistrate Judge's Recommendation and Dismissing Case**<br><br>(Dkt. ##68 78) |

On November 24, 2015, Magistrate Judge Koppe entered her Order recommending that grant defendant Adam Watson's motion and dismiss with prejudice all of plaintiff's claims against Watson. (Dkt. ##68, 78.) Plaintiff file an objection to that recommendation. (Dkt. #80.) I have conducted a de novo review of the issues set forth in the Report and Recommendation, pursuant to Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for her recommendation. Therefore,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's recommendation **(Dkt. #78) is accepted**, defendant Watson's motion to dismiss **(Dkt. #68) is GRANTED**, and the claims against defendant Adam Watson are DISMISSED. The clerk of the court shall enter Judgment accordingly. Because there are no remaining defendants, the clerk of court is directed to close this file.

Dated: March 1, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE